# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                     CASE NO. 18-$_{10037}$-01-03-$_{\text{EFM}}$

**ERIC REYES,**
**TITUS GWESS, and**
**ALLEN R. KILLION**

      **Defendants.**

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

(Attempted Possession with Intent to
Distribute 500 grams or more of a mixture of Methamphetamine)

On or about October 19, 2017, in the District of Kansas and elsewhere, the defendant,

**ERIC REYES,**

did knowingly and intentionally attempt to possess with the intent to distribute 500 grams or more (approximately 2,632.6 grams) of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii)(II),.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

(Attempted Possession With Intent to
Distribute 50 grams or more of a mixture of Methamphetamine)

On or about October 19, 2017, in the District of Kansas and elsewhere, the defendant,

### ALLEN R. KILLION,

did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more (approximately 439 grams) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii)(II),.

All in violation of Title 21, United States Code, Section 846.

## COUNT THREE

(Possession with Intent to Distribute 50 Grams
or more of a mixture of Methamphetamine)

On or about October 19, 2017, in the District of Kansas, the defendant,

### TITUS GWESS,

did knowingly and intentionally possess with intent to distribute 50 grams or more (approximately 439 grams) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

 March 27, 2018                                   s/Foreperson
DATE                                          FOREPERSON OF THE GRAND JURY


 s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. xxxxxx
Stephen.McAllister@usdoj.gov

[It is requested that jury trial be held in Wichita, Kansas.]